■ ALICE FRAZIER, Individually, and as Guardian ad Litem of MARY A. FRAZIER, an Infant, Respondent, v. CITY OF AMSTERDAM, Appellant.— *Per Curiam.* The order granting permission to file a late notice of claim (General Municipal Law, § 50-e, subd. 5) was proper under the decisions of this court. (See *Matter of Osborn* v. *Board of Educ.*, 5 A D 2d 929; *Galerneau* v. *North Colonie Cent. School Dist.*, 7 A D 2d 693; *Matter of Daigneault* v. *Board of Educ.*, 7 A D 2d 695; and see, also, *Matter of Biancoviso* v. *City of New York*, 285 App. Div. 320 [2d Dept., 1955].) Order affirmed, with $20 costs. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.